## Commonwealth v. Benjamin, Appellant.

Submitted September 8, 1969. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Richard A. Devlin,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth v. Blair, Appellant.

Submitted September 10, 1969. *Alfred P. Filippone,* for appellant; *Richard Max Bockol* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.